O

ENTERED JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KIRKLEY, | No. ED CV 08-00460-SGL (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| J. WALKER, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: September 17, 2008

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE